Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Kristin Kyle de Bautista (Bar No. 221750)
kkyle@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY WEESE, | Case No. 3:18-cv-03042-WHO |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND ORDER** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Judge: William H. Orrick |
| Defendant. | Complaint Filed: May 22, 2018 |

IT IS HEREBY STIPULATED, by and between Plaintiff CINDY WEESE and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, (collectively, the "Parties") by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each Party shall bear its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

/ / /

/ / /

/ / /

/ / /

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

166556.1

Case No. 3:18-cv-03042-WHO
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND ORDER

The Parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED**.

Dated: October 15, 2018

Michelle L. Roberts
Glenn R. Kantor
KANTOR & KANTOR, LLP

By: */s/ Michelle L. Roberts*
Michelle L. Roberts
Attorneys for Plaintiff
CINDY WEESE

Dated: October 15, 2018

Anna Maria Martin
Kristin Kyle de Bautista
MESERVE, MUMPER & HUGHES LLP

By: */s/ Kristin Kyle de Bautista*
Kristin Kyle de Bautista
Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

### FILER'S ATTESTATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

/ / /

/ / /

/ / /

/ //

/ / /

/ / /

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

166556.1

2

Case No. 3:18-cv-03042-WHO
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND ORDER

## ORDER

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:18-cv-03042-WHO, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated: October 15, 2018

Hon. William H. Orrick
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

166556.1

3

Case No. 3:18-cv-03042-WHO
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND ORDER